FRAZEE COLE, EXECUTOR OF ANN HILL, DECEASED, v. ANDREW SMALLEY.

The affidavit required by the act of 1852 to be annexed to a plea to *a declaration* with a schedule attached, need not be annexed to a plea in abatement *to the writ.*

This was a motion to strike out a plea because it had no affidavit denying the debt in the schedule to the declaration.

Argued before Justices POTTS and OGDEN by Mr. *Brown* for plaintiff, and Mr. *J. W. Miller* for defendant.

POTTS, J. The motion to strike out the plea in this case is founded upon the act of 1852, (*Pamp. L.* 218,) which provides that in case the plaintiff annexes a schedule to his declaration, &c., the plea to the same shall have an affidavit annexed that the amount claimed, or some part thereof particularly specified in such affidavit, is not due and owing. The declaration here has annexed to it the schedule and af-

fidavit required by the act, and the plea is followed simply by an affidavit that it is true in substance and fact, is not intended for the purpose of delay, and that defendant believes he has a just and legal defence to said action upon the merits.

But this is a plea in abatement to the *writ*, and not to the *declaration*. The words of the act are that the defendant, at the time of filing his plea *to any declaration* to which such schedule and affidavit are annexed, shall file therewith an affidavit such as the act describes. This plea is not within the words of the act, and therefore the special affidavit required in pleas to the declaration is not necessary.

The motion to strike out is denied.